| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: <br> DISTRICT OF MARYLAND | |
| Case number *(if known)* _____ | Chapter  **11** |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Addison Station LLC** | |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **11-3735825** | |
| 4. | **Debtor's address** | **Principal place of business** <br><br> **6232 Addison Road** <br> **Capitol Heights, MD 20743** <br> Number, Street, City, State & ZIP Code <br><br> **Prince Georges** <br> County | **Mailing address, if different from principal place of business** <br><br> **16006 Baconsfield Lane** <br> **Monkton, MD 21111** <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br> **6232 Addison Road Capitol Heights, MD 20743** <br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ | |

Debtor **Addison Station LLC**  Case number (*if known*) _____
     Name

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ■ None of the above |
| | | |
| | | B. *Check all that apply* |
| | | ☐ Tax-exempt entity (as described in 26 U.S.C. §501) |
| | | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3) |
| | | ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11)) |
| | | |
| | | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes. <br> ____ |

| 8. | Under which chapter of the Bankruptcy Code is the debtor filing? | *Check one:* |
|---|---|---|
| | | ☐ Chapter 7 |
| | | ☐ Chapter 9 |
| | | ■ Chapter 11. *Check **all** that apply*: |
| | |     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that). |
| | |     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | |     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11. |
| | |     ☐ A plan is being filed with this petition. |
| | |     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | |     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | |     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | | ☐ Chapter 12 |

| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years? <br> If more than 2 cases, attach a separate list. | ■ No. <br> ☐ Yes. <br><br> District _____ When _____ Case number _____ <br> District _____ When _____ Case number _____ |
|---|---|---|

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ■ No <br> ☐ Yes. |
|---|---|---|

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 2

Debtor **Addison Station LLC**       Case number (*if known*)
       Name

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | | Relationship | |
| District | | When | Case number, if known |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Addison Station LLC**  Case number (*if known*)
         Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 10, 2025**
              MM / DD / YYYY

X **/s/ Alan C. Gault, Jr.**                         **Alan C. Gault, Jr.**
  Signature of authorized representative of debtor     Printed name

  Title   **Authorized Representative**

**18. Signature of attorney**

X **/s/ Steven L. Goldberg (sgoldberg@mhlawyers.com)**     Date **April 10, 2025**
  Signature of attorney for debtor                              MM / DD / YYYY

**Steven L. Goldberg (sgoldberg@mhlawyers.com)**
Printed name

**McNamee Hosea, P.A.**
Firm name

**6404 Ivy Lane, Suite 820**
**Greenbelt, MD 20770**
Number, Street, City, State & ZIP Code

Contact phone **(301) 441-2420**     Email address **sgoldberg@mhlawyers.com**

**28089 MD**
Bar number and State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 4

Fill in this information to identify the case:

Debtor name: **Addison Station LLC**

United States Bankruptcy Court for the: **DISTRICT OF MARYLAND**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                              12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **ABP Investments LP**<br>**16006 Baconsfield Lane**<br>**Monkton, MD 21111** | | **Lots 1-139 in subdivision known as Addison Station Various Tax ID Nos.** | | **$4,004,110.00** | **$41,100.00** | **$4,004,110.00** |
| **ABP Investments LP**<br>**16006 Baconsfield Lane**<br>**Monkton, MD 21111** | | **Lot F in the subdivision known as Addison Station a/k/a AVA Ct, Capitol Heights, MD 20743 Tax ID No. 18-2957520 Liber Folio 21220 0001** | | **$4,004,110.00** | **$5,300.00** | **$3,998,810.00** |
| **ABP Investments LP**<br>**16006 Baconsfield Lane**<br>**Monkton, MD 21111** | | **Lot E in the subdivision known Addison Station a/k/a 138 Harris Drive, Capitol Heights MD 20743 Tax ID No. 18-2957892 Liber Folio 21220 0001** | | **$4,004,110.00** | **$6,400.00** | **$3,997,710.00** |
| **ABP Investments LP**<br>**16006 Baconsfield Lane**<br>**Monkton, MD 21111** | | **Loan** | | | | **$1,260,357.00** |
| **ABP Investments LP**<br>**16006 Baconsfield Lane**<br>**Monkton, MD 21111** | | **Loan** | | | | **$659,865.00** |

Debtor **Addison Station LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ABP Investments LP**  **16006 Baconsfield Lane**  **Monkton, MD 21111** | | **Lots 1-139 in subdivision known as Addison Station Various Tax ID Nos.** | | $314,295.00 | $41,100.00 | $273,195.00 |
| **Prince Georges' County**  **County Admin. Bldg., Rm. 1090**  **14741 Gov. Oden Bowie Dr.**  **Upper Marlboro, MD 20772** | | | | $46,674.00 | $0.00 | $46,674.00 |
| **Meyers, Rodbell & Rosenbaum**  **6801 Kenilworth Avenue**  **Riverdale, MD 20737-1385** | | **Legal Fees** | | | | $18,823.67 |
| **Tom Mateya**  **6054 Red Clover Lane**  **Clarksville, MD 21029** | | | | | | $5,000.00 |
| **WSSC**  **14501 Sweitzer Lane**  **Laurel, MD 20707** | | **Water Bill** | | | | $500.00 |
| **Teresa Crawford and Francis Crawford**  **2474 Bell Branch Road**  **Suite 100**  **Gambrills, MD 21054** | | **Breach of Contract Claim - Disputed** | **Contingent Unliquidated Disputed** | | | $1.00 |

```
ABP Investments LP
16006 Baconsfield Lane
Monkton, MD 21111


Comptroller of Maryland
Compliance Division
301 West Preston Street, Room 409
Baltimore, MD 21201


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346


Meyers, Rodbell & Rosenbaum
6801 Kenilworth Avenue
Riverdale, MD 20737-1385


Prince George's County Treasury Div.
14741 Gov. Oden Bowie Dr., Rm. 1090
Upper Marlboro, MD 20772


Prince Georges' County
County Admin. Bldg., Rm. 1090
14741 Gov. Oden Bowie Dr.
Upper Marlboro, MD 20772


Robin Jean Gray
Law Office of Robin J. Gray
P.O. Box 6874
Reading, PA 19610


Teresa Crawford and Francis Crawford
2474 Bell Branch Road
Suite 100
Gambrills, MD 21054


Tom Mateya
6054 Red Clover Lane
Clarksville, MD 21029
```

```
WSSC
14501 Sweitzer Lane
Laurel, MD 20707
```

# United States Bankruptcy Court
## District of Maryland

In re **Addison Station LLC**
Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Addison Station LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 10, 2025**
Date

**/s/ Steven L. Goldberg (sgoldberg@mhlawyers.com)**
**Steven L. Goldberg (sgoldberg@mhlawyers.com)**
Signature of Attorney or Litigant
Counsel for **Addison Station LLC**
**McNamee Hosea, P.A.**
**6404 Ivy Lane, Suite 820**
**Greenbelt, MD 20770**
**(301) 441-2420 Fax:(301) 982-9450**
**sgoldberg@mhlawyers.com**